No. 628, Misc. PENDLETON v. ELLIS, CORRECTIONS DIRECTOR, ET AL. The motion to substitute Jack F. Heard in the place of O. B. Ellis as a party respondent is granted. The motion for leave to file petition for writ of habeas corpus is denied.

No. 718, Misc. FERGUSON v. MAXWELL, WARDEN. Motions for leave to file petition and supplemental petition for writ of habeas corpus denied. Petitioner pro se. Mark McElroy, Attorney General of Ohio, and Aubrey A. Wendt, Assistant Attorney General, for respondent.

No. 821, Misc. LUNDBERG v. BUCHKOE, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and for other relief denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 542. GILBERTVILLE TRUCKING CO., INC., ET AL. v. UNITED STATES ET AL. Appeal from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. Henry E. Foley for appellants. Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum, Robert W. Ginnane and James Y. Piper for the United States and the Interstate Commerce Commission, respondents.

No. 611. BEST ET AL. v. HUMBOLDT PLACER MINING CO. ET AL. C. A. 9th Cir. Certiorari granted. Solicitor General Cox, Roger P. Marquis and A. Donald Mileur for petitioners. Charles L. Gilmore for respondents.